Jessie Heidelberg Jr.

✓

St. Jude Research Hospital

**JOHN T. FOWLKES, JR.**

Jessie Heidelburg, Jr.

✓

St. Jude Research Hospital

**TU M. PHAM**